**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Thomas Haustveit and Donna Haustveit, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Murex Petroleum Corporation, | ) | Case No. 1:08-cv-042 |
| | ) | |
| Defendant. | ) | |

_____

On April 21, 2008, the parties filed a Stipulation for Change of Venue. The parties agree that the appropriate venue for this matter is the Northwestern Division of the United States District Court for the District of North Dakota. The parties jointly move this court to change the venue to the Northwestern Division of the United States District Court for the District of North Dakota pursuant to 28 U.S.C.A § 1406(a). The court **ADOPTS** the parties stipulation and **ORDERS** that the above-entitled action be reassigned to the Northwestern Division of the United States District Court for the District of North Dakota.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2008.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court